## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON WAYNE COURTNEY, | |
| Plaintiff, | |
| v. | Case No. CIV-11-280-RAW |
| (1) STATE OF OKLAHOMA, ex rel., DEPARTMENT OF PUBLIC SAFETY, and | |
| (2) JACOB SMITH, Oklahoma Highway Patrol Trooper, in his individual capacity, | |
| Defendants. | |

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, the court hereby enters this judgment in favor of Defendants and against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 23rd day of March, 2012.

Ronald A. White
United States District Judge
Eastern District of Oklahoma